UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IRA SIMMONS,<br><br>        Plaintiff,<br>v.<br><br>HUNTER WARFIELD, INC.,<br><br>        Defendant. | Case No.  3:18-cv-01592-K<br><br>Honorable Ed Kinkeade |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff IRA SIMMONS, and the Defendant, HUNTER WARFIELD, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against HUNTER WARFIELD, INC., pursuant to settlement and  Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 18, 2018                                                      Respectfully Submitted,

**IRA SIMMONS**                                                                      **HUNTER WARFIELD, INC.**

/s/ Nathan C. Volheim                                                      /s/  Laura E. Kugler (*with consent*)
Nathan C. Volheim                                                          Laura E. Kugler
*Counsel for Plaintiff*                                                        *Counsel for  Local Defendant*
Sulaiman Law Group, LTD                                              The Fraley Firm
2211 Norfolk, Suite 1150                                                901 Main Street, Suite 6300
Lombard, Illinois 60148                                                  Dallas, X 75202
Phone: (630) 575-8181                                                    Phone: (214) 761-6460
Fax :(630) 575-8188                                                           lkugler@bcklaw.com
nvolheim@sulaimanlaw.com


/s/ Jason M. Katz
Jason M. Katz
*Local Counsel for Plaintiff*.
Hiersche Hayward Drakeley & Urbach PC
15303 Dallas Parkway , Suite 700
Addison, TX 75001

Phone: (972) 701-7086
Fax: ( 972) 701-7086
jkatz@hhdulaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                              s/ Nathan C. Volheim
                                              Nathan C. Volheim